# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JORGE AVINA SANCHEZ (1),<br><br>　　　　　　　　Defendant. | Criminal Case No. 12CR1239-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　GOOD CAUSE APPEARING and upon the motion of the Government, IT IS HEREBY ORDERED that the Indictment in the above entitled case against defendant Jorge Avina Sanchez is **dismissed without prejudice**. The defendant is hereby discharged.

　　IT IS SO ORDERED.

DATED: June 1, 2012

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT